IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Criminal Case No. 08–cr–00357–EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOHN VAN NGUYEN,
2. DONNIE HO,

    Defendants.

---

**ORDER AND NOTICE OF SETTINGS**

---

EDWARD W. NOTTINGHAM, Chief Judge
Kathleen L. Weckwerth, Secretary

    This matter is set for a five-day trial to a jury of twelve, plus alternates, commencing at 9:00 o'clock a.m. on Monday, **October 27, 2008**, in Courtroom A201 of the Alfred A. Arraj United States Courthouse. Therefore, it is

    **ORDERED** that the deadline for filing all motions is <u>September 26, 2008</u>. All responses shall be filed by <u>October 3, 2008</u>. A hearing on the motions will be scheduled at a later date, if necessary. Counsel shall notify the court as soon as possible if a hearing will be necessary and how much time will be needed for the hearing. It is further

**ORDERED** that a change of plea hearing is scheduled to commence at 2:15 o'clock p.m. on Thursday, **October 16, 2008**. The deadline for submitting the plea agreement and statement of facts relevant to sentencing and the statement by defendant in advance of plea of guilty is Tuesday, October 14, 2008.

Dated: September 3, 2008