IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 08-cr-00357-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     JOHN VAN NGUYEN; and
2.     DONNIE HO,

      Defendants.

---

**ORDER AND NOTICE OF HEARING ON LAW AND MOTION CALENDAR**

---

The status conference set for **January 9, 2009** at **3:15 p.m.** is **VACATED**.

The following matter is set for a non-evidentiary hearing on the law and motion calendar of Judge Marcia S. Krieger to be held on **November 20, 2008,** at **3:30 p.m.** in the United States District Court for the District of Colorado, Courtroom A901, 9th Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. Counsel shall *bring their calendars*. The parties shall be prepared to address the setting of trial.

Counsel may appear at this hearing by telephone. To appear telephonically, counsel and any *pro se* parties shall contact the Courtroom Deputy at **303-335-2185** no later than two court days before the hearing to make arrangements.

Dated this 13th day of November, 2008

                                    **BY THE COURT:**

                                    Marcia S. Krieger
                                    United States District Judge