IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 08-cr-00357-MSK

UNITED STATES OF AMERICA,

   Plaintiff,

v.

1. JOHN VAN NGUYEN; and
2. **DONNIE HO,**

   Defendants.
_____

# ORDER
_____

  UPON the stipulation of the parties,

  **IT IS ORDERED** that the United States Government, coordinating with the Drug Enforcement Administration, shall deliver the drug exhibits to Dr. Robert K. Lantz or Patricia L. Sulik, DEA registration number PRO193590, of Rocky Mountain Instrumental Laboratories, Inc., located at 108 Coronado Court, Fort Collins, Colorado, 80525, Telephone Number: (303) 530-1169, on or before **December 2, 2008**. Said persons shall have the opportunity to examine and weigh the substance and mixture contained in each of the following drug exhibits:

  (1) Exhibit 1 - Approximately 101 orange tablets

  (2) Exhibit 2 - Approximately 1008 orange tablets

  (3) Exhibit 3 - Approximately 3031 orange tablets

  The said Drug Exhibits shall be examined by the defense chemist in person at an agreed to date and time. The Special Agent, Officer, or other government employee conveying the drug exhibits shall be permitted to be present and observe the drug exhibits while they are being

utilized by the defense chemist for weighing and testing. The defense chemist is authorized to weigh each drug exhibit and to take a representative sample of each drug exhibit for testing to determine the quantitative and qualitative character of each representative sample. The above named chemist is ordered to safeguard the representative samples received, preserving the chain of custody in a manner to maintain faithfully the integrity of each sample received, and to return the drug exhibits, after having performed weight tests on each drug exhibit and having taken a representative sample from each drug exhibit, to the Special Agent, Officer or other Government employee who conveyed the above described drug exhibits to said defense chemist.

Said defense chemist is **HEREBY ORDERED** to use the drug exhibits and the representative samples provided pursuant to this order exclusively for the purpose of conducting scientific tests to determine the weight and chemical nature of each drug exhibit specified, pursuant to this order and in accordance with professional standards. The laboratory report generated shall be disclosed in accordance with Fed.R.Crim.P. 16 Discovery Order entered in this case.

DATED this 21st day of November, 2008.

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge