IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 08-CR-357-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. JOHN VAN NGUYEN
2. **DONNIE HO,**

       Defendants.

---

### ORDER GRANTING DEFENDANT DONNIE HO'S UNOPPOSED MOTION TO WITHDRAW ITS EX PARTE MOTION FOR AUTHORIZATION FOR ADDITIONAL COSTS FOR SERVICES

---

THIS MATTER is before the Court on Defendant Donnie Ho's Unopposed Motion to Withdraw His Ex Parte Motion for Authorization for Additional Costs for Services **(#58)**, and the Court having reviewed the Motion, being familiar with the grounds and finding good cause for the relief requested therein, hereby

**ORDERS** that the Motion is **GRANTED**. Donnie Ho's Ex Parte Motion for Authorization for Additional Costs for Services is deemed withdrawn and no further action will be taken by the Court on such Motion. The Clerk is directed to withdraw the Motion.

DATED this 9th day of December, 2008.

                                         **BY THE COURT:**

                                         Marcia S. Krieger
                                         United States District Judge